**GILREATH v. N.C. DEP'T OF HEALTH & HUMAN SERVS.**

[361 N.C. 109 (2006)]

TERESA SMITH GILREATH v. NORTH CAROLINA DEPARTMENT OF HEALTH AND
HUMAN SERVICES

No. 310A06

(Filed 15 December 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 177 N.C. App. 499, 629 S.E.2d 293 (2006), reversing an order entered on 3 June 2005 by Judge W. Russell Duke, Jr. in Superior Court, Granville County. Heard in the Supreme Court 22 November 2006.

*Schiller & Schiller, PLLC, by David G. Schiller, for plaintiff-appellee.*

*Roy Cooper, Attorney General, by Angel E. Gray, Assistant Attorney General, for defendant-appellant.*

PER CURIAM.

AFFIRMED.